CHAUTAUQUA GUEST HOME, INC., Appellant,

v.

TANDUS US, LLC, Appellee.

No. 11–2464.

United States Court of Appeals, Eighth Circuit.

Submitted: June 21, 2012.

Filed: June 28, 2012.

---

Jay Ramon Hamilton, Hamilton IP Law, Davenport, IA, Ralph A. Smith, Noah & Smith, Charles City, IA, Webb L. Wassmer, Simmons & Perrine, Cedar Rapids, IA, for Appellant.

Theodore William Craig, Fred Richard Lyford, Dickinson & MacKaman, Des Moines, IA, for Appellee.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

---

PER CURIAM.

Chautauqua Guest Home, Inc. (Chautauqua) appeals following the district court's[1] dismissal of its complaint asserting state-law claims against Tandus US, LLC (Tandus).

Chautauqua originally brought this action in state court, and Tandus removed it to federal court. Chautauqua then moved for a remand of the case back to state court, and Tandus moved to dismiss the

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

action, or for a stay, asserting that the dispute was subject to arbitration. The district court thereafter simultaneously denied Chautauqua's remand motion, and granted Tandus's motion to dismiss, but did not indicate whether the dismissal was with or without prejudice.

After careful review, *see Palmer v. Ill. Farmers Ins. Co.,* 666 F.3d 1081, 1083 (8th Cir.2012) (de novo review of grant of motion to dismiss); *Borntrager v. Cent. States Se. and Sw. Areas Pension Fund,* 577 F.3d 913, 919 (8th Cir.2009) (de novo review of district court's subject matter jurisdiction), this court affirms, but modifies the dismissal to be without prejudice.